394

**No. 56369.**—Burton Dixie Corp. et al. *v.* United States, protests 177782–K (B), etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56370.**—M. J. Hulsey *v.* United States, petition 6843–R (Tampa).

Opinion by JOHNSON, J.   From the testimony it appeared that the petitioner had nothing to do with the making of the entry, which was filed by a broker engaged by the shipper.   At the time of trial, said broker was out of business and could not be located.   An investigation conducted by the Treasury Department disclosed that there was no intent on the part of the petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

FEBRUARY 7, 1952

**No. 56371.**—SUIT 4672.—United States *v.* Leonard Zwyns.— —C. D. 1279 affirmed November 7, 1951.   C. A. D. 467.

**No. 56372.**—SUIT 4716.—United States *v.* Gillette Safety Razor Co.— —C. D. 1346.   (Appeal dismissed December 14, 1951.)